1  **Stephen A. Mason (SBN# 36454)**
   **Lindsay S. Harrington (SBN#227526)**
2  **MASON • THOMAS**
   Attorneys at Law
3  2840 Fifth Street
   Davis, CA 95618-7759
4  Telephone:  (530) 757-0883
   Facsimile:  (530) 757-0895
5
   Attorneys for Defendants
6  Renee Cameto and Shawn Hibmacronan

7

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11  ELSA SCHMIDT,                          CASE NO: C06-06167 JL

12                  Plaintiff,             Complaint filed: 7/17/06

13                                         **STIPULATION AND [PROPOSED]**
              vs.                          **ORDER  RE:  CONTINUED  CASE**
14                                         **MANAGEMENT CONFERENCE DATE**
    R E N E E    C A M E T O,    S H A W N
15  HIBMACRONAN;  JOHN  DOES   1-V,
    inclusive,  and  BLACK  AND  WHITE
16  COMPANIES,

17                  Defendants.
    _____/
18
          Counsel reports that they have met and conferred regarding a mutually agreeable
19
    date for the Case Management Conference and have reached the following stipulation
20
    pursuant to the court's request on January 8, 2007:
21
          The parties agree to appear for Case Management Conference on February 14, 2007
22
    at 10:30 a.m., which is the first available Wednesday for both counsel due to previously
23
    scheduled calendaring conflicts.
24

25
    Dated: January ___, 2007           By:____/s/_____
26                                      Terry A. Friedman
                                        Attorney for Plaintiff
27  _____

28

1  Dated: January ___, 2007.         **MASON ● THOMAS**
                    17

2

3                                    By____/s/_____
                                     Lindsay S. Harrington
4                                    Attorney for Defendants

5

6

7

8                          **[PROPOSED] ORDER**

9        Pursuant to the Stipulation above, the captioned matter is hereby set for a Case

10  Management Conference on February 14, 2007 at 10:30 a.m. before Chief Magistrate

11  Judge James Larson in San Francisco.

12

13  IT IS SO ORDERED.

14

15
              January 17, 2007
16  Dated: _____.

17

18

19

20

21

22  F:\Lindsay\Schmidt\Pleadings\Stip-Order further CMC

23

24

25

26

27

28

Stipulation and [Proposed] Order Re: Continuance Case Management Conference Date