LAW OFFICE OF TERRY A. FRIEDMAN
ATTORNEY AND COUNSELOR AT LAW

TERRY A. FRIEDMAN, ESQ.
LICENSED IN NEVADA AND ARIZONA

February 8, 2007

Magistrate Judge James Larson
United States District Court
Northern District of California
450 Golden Gate Ave. 16th Floor, Room 1111
San Francisco, CA  94102

RE: Case No: C06-06167 JL

Dear Judge Larson:

    Following our phone conversation of February 5, 2007 this correspondence shall be my formal request to attend the February 14, 2007 conference telephonically. I shall be available at (775) 530-7014 to discuss all matters addressed by the court.

    Thank you.

Sincerely,

Terry A. Friedman, Esq.

TAF/pr

SO ORDERED

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE

518 PYRAMID WAY • SPARKS, NEVADA 89431
TELEPHONE (775) 322-6500 • FACSIMILE (775) 322-3123