FILED
MAR 0 7 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT

RECEIVED
MAR 0 5 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELSA SCHMIDT,

    Plaintiff,

vs.

RENEE CAMETO, SHAWN HIBMACRONAN;
JOHN DOES 1-V, inclusive,
and BLACK AND WHITE COMPANIES,

    Defendants.

CASE NO: C06-06167 JL

Complaint filed: 7/17/06

ORDER

An application for Pro Hac Vice having been filed by Terry A. Friedman, Esq., and it being represented to the court that he has engaged an association of counsel with the Law Firm of Sevey, Donahue & Talcott with representation that said law firm is in good standing with the California Bar Association, and the United States District Court and good cause appearing herein, it is hereby ordered that Terry A. Friedman, Esq. has permission to practice in this court and cause consistent with the Federal Rules of Civil Procedure as applicable and the local District Court rules of this jurisdiction.

//

DATED this _7th_ day of _Mar._, 2007

_____
Honorable James Larson
Magistrate Judge