Stephen A. Mason (SBN# 36454)
Lindsay S. Harrington (SBN#227526)
**MASON • THOMAS**
Attorneys at Law
2840 Fifth Street
Davis, CA 95618-7759
Telephone:  (530) 757-0883
Facsimile:  (530) 757-0895

Attorneys for Defendants
**RENEE CAMETO** and **SHAWN HIBMACRONAN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA SCHMIDT, | CASE NO: C06-06167 JL |
| Plaintiff, | Complaint filed: 7/17/06 |
| vs. | **STIPULATION AND [PROPOSED] ORDER RE: MEDIATION** |
| RENEE CAMETO, SHAWN HIBMACRONAN; JOHN DOES 1-V, inclusive, and BLACK AND WHITE COMPANIES, | |
| Defendants. | |

Counsel reports that they have met and conferred regarding an alternate ADR process and have reached the following stipulation pursuant to Civil Local Rules 7-12:

Plaintiff was recently released back to work after undergoing a neck surgery subsequent to the subject accident. However, she has recently been advised that she may also require a low back surgery in the future. Additional discovery is needed. Plaintiff is scheduled for an independent medical examination on June 7, 2007 at the defendant's request. Based upon these recent developments after initial discovery, the parties have stipulated and agreed that they would like to proceed with mediation in lieu of non-binding arbitration. The case was referred to arbitration at the Case Management Conference on February 14, 2007.

///

The parties, by and through their counsel, therefore, respectfully request that there is good cause for the court to vacate the referral to non-binding arbitration, and instead allow the parties to mediate the case at a date to be determined, but to be completed by August 1, 2007.

DATED: May 4, 2007          **LAW OFFICES OF TERRY A. FRIEDMAN**

By:_____\s_____
Terry A. Friedman
Attorney for Plaintiff
ELSA SCHMIDT

DATED: May 4, 2007          **MASON • THOMAS**

By:_____\s_____
Lindsay S. Harrington
Attorney for Defendants
RENEE CAMETO and
SHAWN HIBMACRONAN

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the Court's order to non-binding judicial arbitration is vacated, and the above-captioned matter is hereby referred to mediation to be completed no later than August 1, 2007.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 7, 2007.

_____
UNITED STATES

*IT IS SO ORDERED*
Judge James Larson