

1   Stephen A. Mason (SBN# 36454)
    Lindsay S. Harrington (SBN#227526)
2   **MASON • THOMAS**
    Attorneys at Law
3   2840 Fifth Street
    Davis, CA 95618-7759
4   Telephone:   (530) 757-0883
    Facsimile:   (530) 757-0895
5

6   Attorneys for Defendants
    **RENEE CAMETO** and **SHAWN HIBMACRONAN**
7

8                   UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  ELSA SCHMIDT,                        CASE NO: C06-06167 JL

12              Plaintiff,               Complaint filed: 7/17/06

13      vs.                              **STIPULATION AND [PROPOSED]
                                         ORDER RE: PRIVATE MEDIATION IN
14  RENEE CAMETO, SHAWN                  LIEU OF THE COURT'S MEDIATION
    HIBMACRONAN; JOHN DOES 1-V,          PROGRAM**
15  inclusive, and BLACK AND WHITE
    COMPANIES,
16
                Defendants.
17  _____/

18          Counsel reports that they have met and conferred regarding an alternate ADR

19  process and have reached the following stipulation pursuant to Civil Local Rules 7-12:

20          The parties have stipulated and agreed that they would  like to proceed with private

21  mediation in lieu of the court's mediation program. The parties have met and conferred and

22  have agreed to Donald S. Walter, 8880 Cal Center Drive, Suite 400, Sacramento, California

23  95826 to act as a private mediator in this matter. Both parties further agree to share the

24  costs of private mediation equally.

25          The parties, by and through their counsel, therefore, respectfully request that there

26  is good cause for the court to vacate the referral to court's mediation program, and instead

27  allow the parties to privately mediate the case under ADR Local Rule 8-2 at a date to be

28  determined, but to be completed by August 1, 2007.

1   DATED:  May ___, 2007          **LAW OFFICES OF TERRY A. FRIEDMAN**

2

3                                   By_____
                                       Terry A. Friedman
4                                      Attorney for Plaintiff
                                       ELSA SCHMIDT
5

6   DATED:  May ___, 2007          **MASON ● THOMAS**

7

8                                   By_____
                                       Lindsay S. Harrington
                                       Attorney for Defendants
9                                      RENEE CAMETO and
                                       SHAWN HIBMACRONAN
10

11

12

13                          **[PROPOSED] ORDER**

14        Pursuant to the Stipulation above, the Court's prior order to the court's mediation

15  program is vacated, and the above-captioned matter is hereby referred to private

16  mediation to be completed no later than August 1, 2007.

17        PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED:  _____.             May 18, 2007

19                                  _____
                                    UNITED STATES MAGISTRATE JUDGE

20                                  IT IS SO ORDERED

21                                  Judge James Larson

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: PRIVATE MEDIATION