United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Elsa Schmidt,

              Plaintiff,

    v.

Renee Cameto,

              Defendant.

_____/

No. C-06-6167 JL

CASE MANAGEMENT AND
PRETRIAL ORDER

Pursuant to Fed. R. Civ. P. 16 and Civ. L.R. 16-10(b), the following case management and pretrial order is entered:

      1.     TRIAL DATE

           a.     Jury trial will begin on August 11, 2008, at 9:00 a.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, CA 94102.

           b.     The length of the trial will be not more than 5 days.

      2.     DISCOVERY

          All discovery has been completed, with the exception of some medical records.

          In the event of a discovery dispute the parties shall use the following procedure:

1       Parties shall meet and confer in person, or, if counsel are located outside the Bay

2   Area, by telephone, to attempt to resolve their dispute informally. A mere exchange of

3   letters, telephone calls, or facsimile transmissions does not satisfy the requirement to meet

4   and confer.

5       If, after a good faith effort, the parties have not resolved their dispute, they shall

6   prepare a concise joint statement, of less than three pages, without affidavits or exhibits,

7   stating the nature and status of their dispute. If a joint statement is not possible, each side

8   may submit a one page individual statement. The Court will advise the parties regarding the

9   need, if any, for formal briefing or a hearing.

10      3.    MOTIONS

11      All dispositive motions shall be served and filed not less than **thirty-five (35)** days

12  prior to the scheduled hearing date.  Any opposition shall be served and filed no later than

13  **twenty-one (21)** days prior to the hearing date.  Any reply to the opposition shall be served

14  and filed no later than **fourteen (14)** days prior to the hearing. Prior to a dispositive motion,

15  the parties shall meet and confer and, at the time the motion is filed, submit a joint

16  statement of undisputed facts.

17      5.    PRETRIAL CONFERENCE

18          a.    A final pretrial conference shall be held on August 6, 2008 ,  at 11:00

19  a.m., in Courtroom F, 15th Floor.  Each party shall attend personally or by counsel who will

20  try the case.

21          b.    **Not less than thirty (30) days** prior to the date of the pretrial

22  conference, all counsel or parties shall meet and fulfill the requirements of Civil Local Rule

23  16-10(b).

24          c.    **Not less than twenty (20) days** prior to the pretrial conference,

25  counsel or parties shall

26              (I)   serve and file a joint pretrial statement pursuant to Local Rule 16-10

27                  (b);

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1    The pretrial statement shall include the disclosures required by Fed. R. Civ. P.

2    26(a)(3) as well as the following:

3    THE ACTION

4        Substance of the Action

5        Relief Prayed

6    FACTUAL BASIS FOR THE ACTION

7        Undisputed Facts

8        Disputed Factual Issues

9        Agreed Statement

10       Stipulations

11   DISPUTED LEGAL ISSUES

12       (List)

13   TRIAL PREPARATION

14       Witnesses to be Called

15       Exhibits, Schedules and Summaries;

16       Trial

17       Estimate of Trial Time

18       Use of Discovery Responses at Trial

19       Further Discovery or Motions

20   TRIAL ALTERNATIVES AND OPTIONS

21       Settlement Discussions

22       Amendments - Dismissals

23       Bifurcation, Separate Trial of Issues

24   MISCELLANEOUS

25       Any other concerns of the parties

26      d.    At the same time that the parties file their joint pretrial statement they

27   shall also:

28

1    (ii)    Serve and file trial briefs, which shall specify each cause of

2    action and defense remaining to be tried along with a statement of the

3    applicable legal standard (no opposition shall be filed);

4    (iii)    Serve and file motions *in limine*, which shall be contained in

5    one document. Motions in limine will be decided at the Pretrial

6    Conference.

7    e.    Serve and file a list of excerpts from discovery that will be offered at

8    trial, specifying the witness, page and line references and whether the excerpt is to be

9    offered in lieu of testimony or as impeachment;

10    f.    Serve and file a list of witnesses likely to be called at trial, in person or

11    by deposition, other than solely for impeachment or rebuttal, with a brief statement

12    describing the substance of the testimony to be given;

13    g.    Serve and file a numerical list of exhibits (including demonstrative

14    exhibits that may be admitted into evidence but not those that are purely illustrative), with a

15    brief statement describing the substance and purpose of each exhibit and the name of the

16    sponsoring witness;

17    h.    Exchange exhibits which shall be <u>premarked</u>, <u>tabbed</u> and <u>in binders</u>

18    (plaintiff shall use numbers and defendant shall use letters); and deliver the original and

19    **two** duplicate sets of all premarked exhibits to chambers (exhibits are not to be filed) at

20    least one week before trial.

21    (See Label)

22

23    UNITED STATES DISTRICT COURT

24    NORTHERN DISTRICT OF CALIFORNIA

25

26    Case No. _____

27

28    Exhibit No. _____

United States District Court

For the Northern District of California

1    Date entered: _____

2

3    RICHARD W. WIEKING, Clerk

4    By: _____

5    Deputy Clerk

6    i.    Serve and file proposed joint voir dire questions and joint jury

7    instructions for cases to be tried by jury (further instructions regarding jury instructions

8    below);

9    j.    Serve and file proposed findings of fact and conclusions of law for cases

10   to be tried by the Court.

11   k.    Serve and file a proposed verdict form which contains no reference to

12   submitting party.

13   l.    **Two courtesy copies** of trial briefs and motions in limine shall be

14   provided.

15   m.    No party shall be permitted to call any witness or offer any exhibit in its

16   case in chief that is not disclosed in these pretrial filings without leave of court and for good

17   cause.

18   7.    **Not less than nine calendar days** prior to the pretrial conference, counsel or

19   parties shall serve and file any opposition or objection to motions in limine and to those

20   items required by section 6 (e), (f), (i),(j), and (k) of this order.  Additionally, counsel or

21   parties shall file any objections to the qualifications of expert witnesses contained in the

22   opposing party's witness list.  Objections not filed as required will be deemed waived.  No

23   replies shall be filed.  All motions and objections shall be heard at the pretrial conference

24   unless otherwise ordered.

25   8.    JURY TRIAL

26   a.    Counsel shall submit an **agreed upon set** of additional voir dire

27   questions to be posed by the Court.  Any voir dire questions on which counsel cannot

28   agree may be submitted separately.  Counsel will be allowed brief follow-up voir dire after

PRETRIAL ORDER                                                          Page 5 of  6

**United States District Court**
For the Northern District of California

1   the Court's questioning.

2       b.    The following jury instructions from the Manual of Model Civil

3   Instructions for the Ninth Circuit (April 2007) will be given absent objection: 1.1B, 1.1C, 1.3,

4   1.6 - 1.14, 1.18, 1.19, 2.1 - 2.4, 2.11,  3.1 - 3.4.  The Ninth Circuit Manual of Model Civil

5   Jury Instructions is available on the web site for the U.S. District Court for the Northern

6   District of California at www.cand.uscourts.gov.  Click on the 9th Circuit home page button

7   at the lower left of the first screen and then choose the Manual of Model Civil Jury

8   Instructions from the list on the left-hand side of the next screen.  Counsel shall also submit

9   an agreed upon set of case-specific instructions, using the Ninth Circuit Manual of Model

10  Civil Jury Instructions where appropriate.  Do not submit duplicates of those listed above.

11  Any instructions to which counsel cannot agree may be submitted separately.  Each

12  requested instruction shall be typed in full on a separate page with citations to the authority

13  upon which it is based <u>and</u> a reference to the party submitting it.  A **second blind copy** of

14  each instruction and verdict form shall also be submitted omitting the citation to authority

15  and the reference to the submitting party.

16      9.    All documents filed with the Clerk of the Court shall list the civil case number

17  followed by the initials "**JL**."  One copy shall be clearly marked as a **chambers** copy.

18          Plaintiff shall re-file the second amended complaint.

19          The parties shall appear for a further case management conference on April 26 at

20  10:30 a.m. Counsel shall provide the court with an updated case management conference

21  statement a few days prior to the conference.

22          IT IS SO ORDERED.

23  DATED: April 21, 2008

24

25  _____
    James Larson
    Chief Magistrate Judge

26

27  G:\JLALL\CHAMBERS\CASES\CIVIL\06-6167\pretrial order.wpd

28