| | |
|---|---|
| 1 | Lindsay S. Harrington (SBN#227526) |
| 2 | MASON • THOMAS<br>Attorneys at Law |
| 3 | 2840 Fifth Street<br>Davis, CA 95618-7759 |
| 4 | Telephone: (530) 757-0883<br>Facsimile: (530) 757-0895 |
| 5 | Attorneys for Defendants |
| 6 | Renee Cameto and Shawn Hibmacronan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSA SCHMIDT,<br><br>    Plaintiff,<br><br>vs.<br><br>RENEE CAMETO, SHAWN HIBMACRONAN; JOHN DOES 1-V, inclusive, and BLACK AND WHITE COMPANIES,<br><br>    Defendants.<br>_____/ | CASE NO: C06-06167 JL<br><br>NOTICE OF SETTLEMENT OF ENTIRE CASE<br><br>Trial Date:    August 11, 2008<br>Complaint filed:    July 17, 2006 |

    Pursuant to Local Rule 40-1, the parties hereby notify the court that this matter has settled. The parties respectfully request that the pre-trial conference and trial dates be vacated.

    The parties anticipate filing a Notice of Voluntary Dismissal under Federal Rule 41(a) in the next thirty to sixty days.

Dated: _____, 2008.

                                        /s/
                                _____
                                Terry A. Friedman, Esq.
                                Attorney for Plaintiff
                                ELSA SCHMIDT

///

Dated: _____, 2008.        MASON • THOMAS

By _____/s/_____
Lindsay S. Harrington
Attorney for Defendants
Renee Cameto, and Shawn Hibmacronan

H:\users\Debbie\LSH\PENDING SETTLEMENTS\Schmidt\Pleadings\Notice of Settlement

July 21, 2008

**IT IS SO ORDERED**
/s/ James Larson
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA